✎AO 245H  (Rev. 9/00) Judgment in a Criminal C___ ...or a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For a Petty Offense) — Short Form |
| FRANCIS W. DAVEY | CASE NUMBER: |
| | VIOLATION NOTICE NO. P062377 |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ THE DEFENDANT pleaded guilty to count(s) _____

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| C,F,R, 4.23(a)(2) | Operating a motor vehicle under the influence of alcohol on the Cape Cod National Seashore | | |

☐ Count(s) _____   ☐ is  ☐ are  dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. A $1200.00 FINE IS IMPOSED, payment of $700.00 is suspended, and the defendant is placed on unsupervised probation for a period of one (1) year.

|  | Assessment | Fine |
|---|---|---|
| **Total:** $510.00 | $ 10.00 | $ 500.00 |

It is a condition of probation that the defendant not violate any Federal, State or Local laws. It is a further condition of probation that the defendant make payments of $100 on or before 12/31/2004, 1/31/2004, 2/28/2005, 3/31/2005 and a payment of $110 on or before 4/30/20__

Defendant's Soc. Sec.  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

Defendant's Date of Birth: November 5, 1981

Defendant's USM No.: _____

Defendant's Residence Address:
1565 Parsons Road
Washburn, Maine   04786

Defendant's Mailing Address:
Same

Date of Imposition of Judgment
NOV 17 2004

Signature of Judicial Officer

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
Name and Title of Judicial Officer - John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210

Date
NOV 17 2004